__NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER__

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000552
27-SEP-2013
09:35 AM

NO. CAAP-12-0000552

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GENESIS AYSON, Petitioner-Appellant
v.
ADMINISTRATIVE DIRECTOR OF THE COURTS,
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(Honolulu Division)
(CASE NO. 1DAA-12-0006)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Summary Disposition Order of the court, filed on June 28, 2013, is hereby corrected as follows:

On page 2, in the first line, "Hawaii Revised Statutes" should be inserted before "HRS" and parentheses should placed around "HRS" so that as corrected, the text reads: ". . . set forth in Hawaii Revised Statutes (HRS) §§ 291E-19 and 291E-20 (2007); . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, September 27, 2013.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1/] Nakamura, Chief Judge, and Fujise and Leonard, JJ.